**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TERMINATION OF PARENTAL RIGHTS TO : No. 48 MM 2021
J.N.J.P., A MINOR :
:
:
PETITION OF: A.S., NATURAL MOTHER :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of May, 2021, the "Application for Leave to File Application for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.